UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT PATRICK KELLY a/k/a VICTORIA KELLY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YBARRA,<br><br>　　　　　Defendant. | Case No. 24-10828<br>Honorable Shalina D. Kumar<br>Magistrate Judge Patricia T. Morris |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 26) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 16)**

Plaintiff Vincent Patrick Kelley, a/k/a Victoria Kelly[1] ("Kelly"), a pro se prisoner under Michigan Department of Corrections' jurisdiction, initiated this civil action under 42 U.S.C. § 1983 against Ybarra for violations of her constitutional rights, and alleges retaliation and targeted harassment motivated by her gender identity and expression. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial purposes. ECF No. 12.

---

[1] In her complaint, Kelly states that she is a "Trans-Woman" and refers to herself using feminine pronouns, *e.g.* she/her. ECF No. 1, PageID.1-2. Therefore, the undersigned will use feminine pronouns when referring to Kelly.

Ybarra filed a motion for summary judgment on the basis of exhaustion. ECF No. 16. On July 25, 2025, the assigned magistrate judge issued a Report and Recommendation (R&R). ECF No. 26. The R&R recommends that the Court deny Ybarra's motion for summary judgment because there are genuine issues of material fact as to exhaustion for each of Kelly's claims. ECF No. 26. Neither party filed objections to the R&R.

The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373-74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no

clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 26) and **DENIES** Ybarra's motion for summary judgment (ECF No. 16).

**IT IS SO ORDERED.**

Dated: August 20, 2025

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge