UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT PATRICK KELLY, | Case No. 4:24-cv-10828 |
| *Plaintiff*, | Shalina D. Kumar<br>United States District Judge |
| v. | |
| YBARRA, | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendant*. | |
| _____ / | |

### ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 35), CONDITIONALLY APPOINTING COUNSEL, AND STAYING CASE FOR 45 DAYS

Plaintiff[1] is a prisoner in the custody of the Michigan Department of Corrections. She brings claims under 42 U.S.C. § 1983 for violations of her constitutional rights, specifically alleging retaliation and targeted harassment motivated by her gender identity/expression. (ECF No. 1). More specifically, Plaintiff claims that Defendant issued her two retaliatory misconduct tickets, one on September 19, 2023, and the other on October 7, 2023. (*Id.*). Plaintiff also claims that Defendant was deliberately indifferent to her serious medical needs by misgendering her in violation of the Eighth Amendment; violated her right to Equal

---

[1] In the complaint, Plaintiff states that she is a "Trans-woman" and refers to herself using feminine pronouns, *e.g.*, she/her. (ECF No. 1, PageID.1–2). The Undersigned will therefore use feminine pronouns when referring to Plaintiff.

1

Protection under the Fourteenth Amendment; and violated the Americans with Disabilities Act and the Rehabilitation Act due to dissimilar treatment from similarly situated cisgender prisoners.  (*Id.*).

Before the Court is Plaintiff's motion for the appointment of counsel, wherein she explains that she is housed in a unit that does not permit inmates to visit the law library and is thus unable to continue adequately prosecuting this case *pro se*.  (ECF No. 35, PageID.238).  Plaintiff's placement in a restricted unit appears to be due to her identity as a transwoman.  Based on these circumstances, the Court finds that Plaintiff has presented exceptional circumstances warranting the appointment of counsel.  *See Lavado v. Keohane*, 992 F.2d 601, 605–06 (6th Cir. 1993).  Therefore, Plaintiff's motion (ECF No. 35) is **GRANTED**.

This case is hereby **REFERRED** to the Court's *pro bono* program where the usual efforts must be made to obtain counsel for Plaintiff.  Further, this case is **STAYED** for **forty-five (45) days from entry of this order**.  If *pro bono* counsel is not obtained by this date, the stay will be lifted, and Plaintiff must continue to proceed *pro se*.

**IT IS SO ORDERED.**

Date: February 2, 2026                      S/PATRICIA T. MORRIS
                                                         Patricia T. Morris
                                                         United States Magistrate Judge